USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                             :

FATIMAH ATTAWAB-CHERRY,         :

                             :

            Petitioner, :        1:26-cv-3043-GHW-KHP

                             :

      -against-        :        ORDER

                             :

CONSOLIDATED EDISON COMPANY OF  :
NEW YORK, INC., *et al.*,       :

                             :

         Respondents. :

                             :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On April 15, 2026, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than May 6, 2026. Dkt. No. 4. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's April 15, 2026 order forthwith, and in no event later than May 22, 2026.

      SO ORDERED.

Dated: May 8, 2026
New York, New York                  _____
                              GREGORY H. WOODS
                         United States District Judge