USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------X

FATIMAH ATTAWAB-CHERRY,

Petitioner,

-against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, et al.,

Respondents.

----------------------------------------------------------------X

**26-CV-3043 (GHW) (KHP)**

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

Respondents are directed to serve a copy of the Report and Recommendation on Petitioner and to file a declaration or affidavit of service no later than **August 21, 2026**. Petitioner shall have seventeen days from the date the declaration or affidavit of service is filed to submit written objections to the Report and Recommendation.

**The Clerk of Court is respectfully directed to mail a copy of both this Order and the Report and Recommendation at ECF No. 33 to the pro se Petitioner at:**

**Fatimah Attawwab-Cherry**
**104-43 Springfield Blvd**
**Queens Village, New York 11429**

**SO ORDERED.**

DATED: New York, New York
August 18, 2026

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge