JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
28th Floor
New York, NY 10017
Phone: 212-545-4000
jacksonlewis.com

CHRISTOPHER M. REPOLE
CHRISTOPHER.REPOLE@JACKSONLEWIS.COM

NICOLE E. PRICE
NICOLE.PRICE@JACKSONLEWIS.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/4/2026

September 3, 2026

**VIA ECF**
Hon. Katharine H. Parker
Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J. 9/4/2026

**Re: Fatimah Attawwab-Cherry v. Consolidated Edison Company of New York, Inc., and Utility Workers Union of America Local 1-2**
**S.D.N.Y. Case No. 26-cv-03043, N.Y. Supreme Court, Index No. 100260/2026**

Dear Judge Parker:

We represent Respondent Consolidated Edison Company of New York, Inc. ("ConEd") in the above-referenced action. We write jointly with Respondent Utility Workers Union of America Local 1-2 (collectively, "Respondents") to request an adjournment of the Initial Pretrial Conference ("Conference") currently scheduled for 2:00 p.m. on Thursday, September 10, 2026 (Dkt. No. 32). Respondents conferred with Petitioner Fatimah Attawwab-Cherry ("Petitioner"), *pro se*, and she does not consent to this request.

On July 29, 2026, Your Honor issued the Report & Recommendation on Petitioner's Motion to Demand (Dkt. No. 33). Petitioner has until September 4, 2026, to file any objections (*see* Dkt. Nos. 34-35). Thereafter the parties will await a final decision from the District Court Judge. Additionally, Respondents have yet to answer or otherwise respond to the Petition as Your Honor granted an adjournment of the deadline for Respondents to do so until two weeks after the remand motion is decided (Dkt. No. 17).

**In light of the current circumstances in this case, Respondents respectfully request an adjournment of the Initial Pretrial Conference until after the remand motion has been decided and Respondents have answered or otherwise responded to the Petition.**

We thank the Court for its time and consideration.

Respectfully,

Nicole E. Price, Esq.

cc: Petitioner (pro se) (via USPS First Class Mail), Union's Counsel (via ECF)