USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/10/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
FATIMAH ATTAWAB-CHERRY,

Petitioner,

-against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, et al.,

Respondents.
-----------------------------------------------------------------X

**26-CV-3043 (GHW) (KHP)**

**SCHEDULING ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

On October 8, 2026, the Court granted Petitioner's request for an extension of time to respond to the pending motions to dismiss at ECF Nos. 39 and 43. The deadline to file Petitioner's oppositions was October 23, 2026, but the Court has not received Petitioner's submissions. Petitioner must file the oppositions with the Court no later than November 13, 2026.

DATED: New York, New York
November 10, 2026

Katharine H Parker
KATHARINE H. PARKER
United States Magistrate Judge